**United States Attorney**
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/07

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 16, 2007

**By Fax**

Honorable Theodore H. Katz
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

    Re:  <u>United States v. Jose Casteneda</u>,
          S3 03 Cr. 731 (GBD)
          07 Civ. 5923 (GBD)(THK)

Dear Judge Katz:

    I am the Assistant United States Attorney who handled the underlying criminal matter, and am also responsible for responding to the defendant's petition pursuant to 28 U.S.C. § 2255 (the "Petition").  The Government writes to request a 60-day extension to file its opposition to defendant's Petition.

    On June 27, 2007, Judge Daniels ordered the Government to respond to defendant's Petition by September 12, 2007.  However, the undersigned was never provided a copy of the Court's order, and was unaware of the deadline and the defendant's Petition.  The Government only learned of the existence of the Court's order and the Petition when it recently received a phone call from Your Honor's courtroom deputy inquiring about the status of the Government's response.

    Accordingly, in order to properly prepare a response, the Government respectfully requests a 60-day extension, until December 17, 2007, to file its opposition to defendant's

COPIES MAILED
TO COUNSEL OF RECORD ON 10/17/07

Honorable Theodore H. Katz
October 16, 2007
Page 2

Petition. This is the Government's first request for an extension.

                              Very truly yours,

                              MICHAEL J. GARCIA
                              United States Attorney

By: _____
     Steven D. Feldman
     Assistant U.S. Attorney
     (212) 637-2484

cc:   Jose Casteneda, *pro se*
      52743-054
      USP Victorville
      Box 5500
      Adelanto, CA 92301

*[Handwritten:] The response to the Petition shall be filed by December 17, 2007. Any reply shall be filed by January 4, 2007.*

**SO ORDERED**

10/17/07    _____
                      THEODORE H. KATZ
                      UNITED STATES MAGISTRATE JUDGE